Filed in Second Judicial District Court
8/13/2018 4:13 PM
Ramsey County, MN

STATE OF MINNESOTA

COUNTY OF RAMSEY

DISTRICT COURT

SECOND JUDICIAL DISTRICT
Case Type: Personal Injury

Troy K. Scheffler,

Plaintiff,

v.

Menard, Inc.

Defendant.

Court File No.: 62-CV-18-5280
Judge:

**NOTICE OF FILING OF NOTICE AND
PETITION FOR REMOVAL**

---

TO:   PLAINTIFF Troy K. Scheffler, pro se,

AND

**COURT ADMINISTRATOR,** RAMSEY COUNTY COURTHOUSE, 15 West Kellogg Boulevard, St. Paul, Minnesota 55102

**PLEASE TAKE NOTICE,** that on the **13th day of August, 2018,** Defendant in the above-captioned proceeding filed in the United States District Court, District of Minnesota its Civil Cover Sheet and Notice of and Petition for Removal of the above-entitled action to that Court. True and correct copies of the Civil Cover Sheet and Notice of and Petition for Removal, including all attachments, are hereby served upon you. All further proceedings with respect to the above-entitled action shall be heard before the U.S. District Court.

Dated:   August 13, 2018

Steven E. Tomsche, Esq. (#190561)
Jessica C. Richardson, Esq. (#32324x)
Beth L. LaCanne, Esq. (#0397023)
**TOMSCHE, SONNESYN & TOMSCHE, P.A.**
8401 GOLDEN VALLE ROAD, SUITE 250
Minneapolis, MN 55427
T: (763) 521-4499
E: stomsche@tstlaw.com
    jrichardson@tstlaw.com
    blacanne@tstlaw.com
*Attorneys for Defendant*

**EXHIBIT B**

Filed in Second Judicial District Court
8/13/2018 4:13 PM
Ramsey County, MN

STATE OF MINNESOTA )
                        )
                        ) s.s.            **AFFIDAVIT OF SERVICE BY MAIL**
                        )
COUNTY OF HENNEPIN )

      Michele Erickson, being first duly sworn, deposes and says:

      That on August 13, 2018, she served the following:

        ➤  **Notice of Filing of Notice and Petition for Removal**

upon the following parties and/or attorneys representing the parties as indicated by depositing true and correct copies thereof in the U.S. Mail in the City of Minneapolis, Hennepin County, Minnesota, with postage prepaid in an envelope directed and addressed to said attorneys.

**Troy K. Scheffler**
**26359 Shandy Trail**
**Merrifield, MN 56465**

                                           Michele Erickson

Subscribed and sworn to before me

on this 13th day of August, 2018.



Notary Public

VALERIE J. JOHNSON
Notary Public
MINNESOTA
My Commission Expires January 31, 2020